# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**BARBARA VAUGHAN,**

        **Plaintiff,**

v.   Case No: 6:23-cv-279-DCI

**INDEPENDENT SPECIALTY INSURANCE COMPANY,**

        **Defendant.**

## ORDER

On November 17, 2023, the Mediator filed a Mediation Report and notified the Court that the parties reached an agreement. Doc. 33. Defendant has since filed a Notice of Settlement and states that "the parties have reached a settlement of all claims brought in the above-captioned matter." Doc. 34.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Orlando, Florida on December 11, 2023.

Copies furnished to:

Counsel of Record
Unrepresented Parties

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE